Ari H. Marcus, Esq.
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

Yitzchak Zelman, Esq.
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

NEW JERSEY OFFICE:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

NEW YORK OFFICE:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

October 23, 2016

Clerk of the Court
District Court of New Jersey
402 East State Street
Trenton, New Jersey
*Via ECF*

Re:  Nedrick v. Capital Accounts, LLC
     3:16-cv-04349-PGS-LHG

### NOTICE OF EXTENSION PURSUANT TO LR 7.1(D)(5)

The undersigned represents the Plaintiff in the above-referenced action. On September 30, 2015, the Defendant filed a Motion to Dismiss the Complaint filed in this action. The motion is currently set for November 7, 2016. Pursuant to Local Rule 7.1(d)(2), the Plaintiff's opposition to such motion is due 14 days before such date, which is Monday, October 24, 2016.

The original motion day has not previously been extended or adjourned. Pursuant to Local Rule 7.1(d)(5), the undersigned respectfully requests an automatic extension of the time to respond to the Defendant's Motion to Dismiss, and of an adjournment of the original motion date. Pursuant to Local Rule 7.1(d)(5), the new requested motion date is November 7, 2016, which is the next available motion date.

Kindly contact the undersigned with any questions or concerns.

Respectfully Submitted,

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.