UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICA NEDRICK<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC, *et al.*<br><br>*Defendants.* | Civil Action No:<br>16-cv-4349 (PGS)(LHG) |

THIS MATTER having been opened to the Court by Defendant Capital Accounts, LLC's, by and through its counsel, Garrity, Graham, Favetta & Flinn, PC, motion to dismiss (ECF 4) Plaintiff's complaint (ECF 1) for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6); and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel as well as the record before it; and for good cause shown;

IT IS on this 21 day of November, 2016,

**ORDERED** that Defendants' motion to dismiss (ECF 4) is GRANTED without prejudice; and it is further

**ORDERED** that Plaintiff has thirty (30) days from the date of this Order to file an amended complaint in this case.

_____
PETER G. SHERIDAN, U.S.D.J.