Our File No. 446.26421/JSM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICA NEDRICK, on behalf of herself and all other similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CAPITAL ACCOUNTS, LLC and JOHN DOES 1-25,<br><br>        Defendant. | CIVIL ACTION NO.:<br>3:16-cv-04349-PGS-LHG |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for defendant, Capital Accounts, LLC, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

■ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                        GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
                                                        Attorneys for Defendant, Capital Accounts, LLC
                                                        72 Eagle Rock Avenue
                                                        P.O. Box 438
                                                        East Hanover, NJ 07936
                                                        Telephone: 973-509-7500

                                                        BY: /s/ *James Scott Murphy*
                                                              JAMES SCOTT MURPHY

Dated:  December 28, 2016