**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

December 30, 2016

Honorable U.S. District Judge Peter G. Sheridan
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey
*Via ECF*

        Re:    Nedrick v. Capital Accounts, LLC
                  Civil Action No: 3:16-cv-04349-PGS-LHG

To the Honorable U.S. District Judge Sheridan,

      The undersigned represents the Plaintiff in this action brought pursuant to the Fair Debt Collection Practices Act (the "FDCPA").  Please be advised that this matter has been settled as to all parties and claims.  It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance.

      Defendant's counsel is copied on this communication and has consented to the within request.  Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                        Respectfully Submitted,


                        <u>/s/ Yitzchak Zelman</u>
                        Yitzchak Zelman, Esq.